IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY DENNIS VILLEGAS,** | CIV S-05-0248 GEB GGH |
| Petitioner, | **[Proposed] ORDER** |
| v. | |
| **JEANNE S. WOODFORD, in her capacity as Director of the California Department of Corrections; and DAVID L. RUNNELS, in his capacity as Warden, High Desert State Prison,** | |
| Respondents. | |

Good cause appearing, IT IS HEREBY ORDERED THAT respondent's response to petitioner's Petition for Writ of Habeas Corpus be filed on or before April 29, 2005.

Dated: 4/20/05

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

vill0248.eot04