IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY DENNIS VILLEGAS,

    Petitioner,                    2:05-cv-0248-GEB-JFM-HC

  vs.

JEANNE S. WOODFORD, etc., and
DAVID L. RUNNELS, Warden,

    Respondents.               <u>ORDER</u>
_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's October 31, 2008 denial of his application for a writ of habeas corpus together with a motion for a certificate of appealability. <u>See</u> 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

        For the reasons set forth in the magistrate judge's October 14, 2008 findings and recommendations, petitioner has not made a substantial showing of the denial of a constitutional

1

1  right.  Accordingly, IT IS HEREBY ORDERED that petitioner's November 26, 2008 motion for
2  a certificate of appealability is denied.
3  Dated:  December 22, 2008

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge